IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHAUNDA CLARK, | * |
| Plaintiff, | * |
| v. | Case No.  5:22-cv-00253-MTT |
| | * |
| GRACIE S TROUTMAN, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated September 1, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 5th day of September, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk